UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BRIAN PORTEOUS, | No. 2:15-cv-1817 GEB KJN P |
| Petitioner, | |
| v. | ORDER |
| RAY FISHER, JR., Warden, | |
| Respondent. | |

Petitioner is a state prisoner, proceeding without counsel, challenging his 1996 conviction. On October 29, 2015, respondent filed a motion to dismiss this action as barred by the statute of limitations. Petitioner filed an opposition, and respondent filed a reply. However, on February 16, 2016, petitioner filed a document entitled, "Supplemental Opposition to Respondent's Motion to Dismiss. . . ," which was filed with the assistance of a jailhouse lawyer. On February 26, 2016, respondent filed a request for extension of time to respond to petitioner's supplemental opposition, provided the court decides to entertain petitioner's unauthorized supplemental opposition.

While the Local Rules provide for a motion, an opposition, and a reply, the Local Rules and the Federal Rules do not provide the right to file a sur-reply. See E.D. Cal. R. 230(b)-(d), (l). Nonetheless, when a party has raised new arguments or presented new evidence in a reply to an opposition, the court may permit the other party to counter the new arguments or evidence. El

Pollo Loco v. Hashim, 316 F.3d 1032, 1040-41 (9th Cir. 2003). Here, it appears that petitioner does not dispute the calculation of the limitations period, but rather claims that he is entitled to equitable tolling based on his serious mental illness. In the reply, respondent provided numerous documents from petitioner's mental health and prison records. (ECF No. 21-1-11.) Because petitioner was unable to address such evidence, the undersigned finds the supplemental opposition was properly filed, and will consider the supplemental opposition in connection with the motion to dismiss. Therefore, respondent's request for an extension of time to respond to the supplemental opposition is granted. However, upon the filing of the response, briefing is closed, and no further filings shall be submitted absent permission by the court.

In addition, petitioner has renewed his request for the appointment of counsel. However, for the reasons stated in the December 8, 2015 order, the court does not find that the interests of justice would be served by the appointment of counsel at this time. (ECF No. 16 at 2-3.)

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner is granted leave, *nunc pro tunc*, to file the supplemental opposition, and the February 16, 2016 filing (ECF No. 22) is deemed properly filed;

2. Respondent's motion for extension of time to file a response to the supplemental opposition (ECF No. 24) is granted;

3. Respondent shall file a response to the supplemental opposition on or before March 17, 2016; no further briefing is permitted by either party; and

4. Petitioner's February 16, 2016 request for appointment of counsel (ECF No. 23) is denied without prejudice.

Dated: March 1, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

port1817.110

2