UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BRIAN PORTEOUS,<br><br>Petitioner,<br><br>v.<br><br>RAYTHEL FISHER, JR., Warden,<br><br>Respondent. | No. 2:15-cv-1817 GEB KJN P<br><br><br><br>ORDER |

Petitioner is a state prisoner, proceeding without counsel. On November 23, 2016, petitioner filed a motion for leave of the court to enlarge the page limit, directed to the undersigned. However, as noted in the September 6, 2016 order, the court declined to impose a page restriction. Thus, IT IS HEREBY ORDERED that petitioner's motion (ECF No. 40) is denied as moot.

Dated: February 22, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/port1817.pglmt

1